IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LESLIE ANNA CROWELL                                                                       PETITIONER
ADC #715194

v.                                            4:18CV00718-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. Petitioner has now paid the required $5 filing fee. Accordingly, Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) may proceed. The Proposed Findings and Recommended Disposition are approved and adopted in their entirety as stated herein.

DATED this 26th day of November, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE